IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RAPHAEL CUFFEE,

    Petitioner,

    v.

WARDEN J. ARTRIP,

    Respondent.

Case No. 2:24-cv-624

# ORDER

Before the Court is a Petitioner Raphael Cuffee's Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254; Respondent Warden J. Artrip's Motion to Dismiss; and an unopposed Report and Recommendation (R&R), in which the Honorable Lawrence R. Leonard concluded that the Motion to Dismiss should be granted and the Petition should be denied and dismissed with prejudice. ECF Nos. 1 (Petition), 11 (Motion), 19 (R&R).

Judge Leonard advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 19 at 23–24 (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the R&R.

In the absence of a specific written objection, the Court may adopt a Magistrate Judge's recommendations without conducting a *de novo* review, unless the

recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Leonard's findings and recommendations and found no clear error. Accordingly, the Report and Recommendation (ECF No. 19) is **ADOPTED**, Respondent Warden J. Artrip's Motion to Dismiss (ECF No. 11) is **GRANTED**, and Petitioner Raphael Cuffee's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

Finding that the basis for dismissal of the Petition is not debatable, and alternatively finding that the petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *see* Rule 11(a) of the Rules Gov. § 2254 Cases in U.S. Dist. Cts.; *Miller-El v. Cockrell*, 537 U.S. 322, 335–38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483–85 (2000).

The petitioner is **ADVISED** that because the Court has denied a certificate of appealability, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. R. App. P. 22(b); Rule 11(a) of the Rules Gov. § 2254 Cases in U.S. Dist. Cts. **If the petitioner intends to seek a certificate of appealability from the Fourth Circuit, he must do so on or before September 5, 2025. The petitioner may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States**

**Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner.

**IT IS SO ORDERED.**

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
August 6, 2025